IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MILES ARNOLD JONES, | : |
| | : |
| Plaintiff, | : |
| | : |
| VS. | : |
| | : CIVIL No. 5:14-CV-108-MTT-MSH |
| WARDEN BREMEK, DEP. WARDEN | : |
| BERRY, UNIT MGR. HAMALTON, | : |
| and DR. SACHDEVA, | : |
| | : |
| Defendants. | : |

_____

### O R D E R

Plaintiff Miles Arnold Jones filed a complaint under 42 U.S.C. § 1983 and seeks to proceed without prepayment of the required filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). (ECF No. 1, 2.) Based on his submissions, the undersigned finds that Plaintiff is currently unable to pre-pay the entire filing fee. Plaintiff's Motion to Proceed *in forma pauperis* is thus **GRANTED**.

This does not mean that the filing fee is waived. Plaintiff is still required to eventually pay the full amount of the $350.00 filing fee using the payment plan described in 28 U.S.C. § 1915(b). The filing fee is not refundable, regardless of the outcome of Plaintiff's case, and Plaintiff is responsible for paying the entire filing fee even if his lawsuit is dismissed prior to service.

If Plaintiff is hereafter released from custody, he shall remain obligated to pay any remaining balance due of the above filing fee. Plaintiff shall continue to remit monthly

payments as required by the Prison Litigation Reform Act. Collection from Plaintiff of any balance due by any means permitted by law is hereby authorized in the event Plaintiff fails to remit payments.

Plaintiff was ordered to recast his complaint because it was unintelligible. (ECF No. 5.)  Plaintiff filed his recast complaint on May 8, 2014. (ECF No. 6.)  The recast complaint is also unreadable, and the Court is unable to decipher Plaintiff's claims.  In its previous Order, the Court notified Plaintiff that if he had any physical or mental impairment which precludes his ability to refile his complaint, Plaintiff must provide medical evidence in the form of a medical profile or other related documentation to support those impairments.  Plaintiff failed to provide the Court with any information, but merely filed a second illegible pleading.

Thus, Plaintiff is **ORDERED, within twenty-one (21) days**, to draft a revised Complaint that the Court can read or otherwise show cause why his complaint should not be dismissed for failing to comply with the Court's Order of April 16, 2014.  Plaintiff's revised Complaint shall take the place of and supersede the original Complaint and all of the other documents filed by Plaintiff to date.  The revised Complaint must contain a caption that clearly identifies, by name, each individual that Plaintiff has a claim against and wishes to include as a defendant in the present lawsuit.  Plaintiff is to name only the individuals associated with the claim or related claims that he is pursuing in this action.  Plaintiff must then list each defendant again in the body of his Complaint and tell the Court exactly how that individual violated his constitutional rights.  Plaintiff should state his claims as simply as possible and need not attempt to include legal citations or

legalese.  If, in his revised Complaint, Plaintiff fails to link a named defendant to a claim, the claim will be dismissed. Likewise, if Plaintiff makes no allegations in the body of his Complaint against a named defendant, that defendant will be dismissed.  A failure to fully comply with this Order will result in a dismissal of his action.

SO ORDERED, this 10th day of June, 2014.

S/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE